# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

KENJUAN ADAMS,

    Petitioner,

v.

F. GARCIA, J. SOTO et al.,

    Respondent.

No. LA CV 16-06510-VBF-FFM

**ORDER**

Overruling Defendants' Objections and Adopting the Report & Recommendation:

Granting Doc #33 (Mot. Summ. Jmt.) in Part; Dismissing Some Claims Without Prejudice

    The Court has reviewed the records in this case and the applicable law. As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the February 27, 2019 R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the R&R. The Court finds discussion of the objections to be unnecessary on this record. "The Magistrates Act 'merely requires the district judge to make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made.'" It does not require a written explanation of the reasons for rejecting objections. *See MacKenzie v. Calif. AG*, 2016 WL 5339566, \*1 (C.D. Cal. Sept. 21, 2016) (citation omitted). "This is particularly true where, as here, the objections are plainly unavailing." *Smith v. Calif. Jud. Council*, 2016 WL 6069179, \*2 (C.D. Cal. Oct. 17, 2016). Accordingly, the Court will accept the Magistrate Judge's factual

findings and legal conclusions and implement his recommendations.

### ORDER

Defendants' March 19, 2019 objection **[Doc # 61] is OVERRULED.**

The February 27, 2019 Report and Recommendation **[Doc # 58] is ADOPTED.**

Defendants' motion for summary judgment **[Doc #33] is GRANTED in part**.

The following claims are **DISMISSED without prejudice:**

– All claims against L. Ray
– All claims against D. Godfrey
– The claim that F. Garcia used excessive force by pepper-spraying plaintiff as plaintiff lay on the ground
– All claims against J. Soto to the extent that they derive from the aforementioned claims against L. Ray, D. Godfrey, and/or F. Garcia

The case remains open.

IT IS SO ORDERED.

Dated: March 29, 2019

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
Senior United States District Judge